UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:25-CR-37 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COLLIN D. MARTIN** | ) | |

## ORDER

Application for leave of absence has been requested by Sarah N. Brettin, Special Assistant United States Attorney, for the below listed dates:

April 18, 2025;

April 21, 2025; and

May 7, 2025, through May 13, 2025.

The above and foregoing request for leave of absence is **GRANTED**.

So ORDERED this 26th day of March 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA